UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:17-cr-00483-RBJ-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THIERRY SHAQUR ROBERSON,

    Defendant.

---

## POST-APPEAL ORDER
---

On January 26, 2023 Mr. Roberson, pro se, moved for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 302. The government opposed the motion. ECF No. 304. The Court denied the motion for the reasons set forth in its order. ECF No. 305.

Mr. Roberson appealed. On February 15, 2024 the United States Court of Appeals for the Tenth Circuit vacated this Court's order and remanded for further proceedings consistent with its order and judgment. ECF No. 322. The basis for the vacation was that although Mr. Roberson had characterized his motion as a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), this Court should have treated it as a motion under 28 U.S.C. § 2255. The Tenth Circuit directed this Court to follow the following procedure on remand:

> The district court must notify the *pro se* litigant that it intends to recharacterize the pleading, warn the litigant that this recharacterization means that any subsequent § 2255 motion will be subject to the restrictions on second or successive motions, and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has.

*Id.* at 5-6 (quoting *Davis v. Roberts,* 425 F.3d 830, 835 (10th Cir. 2005)).

1

Because these procedures might be confusing to a pro se litigant, the Court reappoints his previous counsel, the Office of the Federal Public Defender, to consult, advise and represent as appropriate.

DATED this 13th day of March, 2024.

BY THE COURT:

_____

R. Brooke Jackson
Senior United States District Judge